FITZROY WILLARD & others *vs.* HENRY D. STONE.

No appeal lies to this court from the decision of the court of common pleas upon a demurrer to a plea in abatement.

ACTION OF CONTRACT.   Plea in abatement, and demurrer thereto, which was sustained by the court of common pleas, and the defendant appealed.

*G. F. Verry,* for the defendant.

*G. F. Hoar,* for the plaintiffs.

THE COURT, on the ground that no appeal lay from a judgment of the court of common pleas upon a plea in abatement, (*St.* 1840, *c.* 87, §§ 4, 5; *Bartol* v. *Stanwood,* 7 Cush. 116,) dismissed the appeal, and remitted the case to the superior court for further proceedings.